**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   4:14 CR 295 RWS |
| ) | |
| LARRY JACKSON, ) | |
| ) | |
| Defendant. | |

**ORDER  OF DETENTION AFTER HEARING**

The defendant was arrested in this District pursuant to a warrant issued by the United States District Court for the Eastern District of Missouri for alleged violations of the terms and conditions of his supervised release. The Court considered the report of Pretrial Services and conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a).  At the hearing, Defendant's counsel argued for his release, stating that there are extenuating circumstances surrounding the underlying laws violation.  Counsel stated that the Defendant was involved in a shooting, but he was defending himself at the time.  She noted that a grand jury in the City of St. Louis did not return an indictment for the charges of second degree murder and armed criminal action. Counsel for the United States argued for detention, stating that Defendant violated a condition of his supervised release by possessing a weapon.  Based on the record made in open court, and considering the Report of Pretrial Services, the Court finds that:

  A. Based on the factors set forth in 18 U.S.C. § 3142, there is clear and convincing evidence that there is no condition or combination of conditions of release that will assure that Defendant will not flee or pose a danger to the community. This finding is based on:

Defendant's pending charges for assault 3rd degree, unlawful possession of a firearm and tampering with physical evidence in a felony prosecution.

**IT IS HEREBY ORDERED** that the defendant be detained pending further revocation proceedings.  The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant must be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this  9th    day of May, 2018.

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE