## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

### Third Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Larry Jackson                                          Case Number: 4:14CR00295-1 RWS

Name of Sentencing Judicial Officer: The Honorable Carol E. Jackson, United States District Judge, On December 4, 2017 , the case was re-assigned to Rodney W. Sippel, Chief United States District Judge

Date of Original Sentence: March 10, 2015

Original Offense: Conspiracy to Commit Money Laundering

Original Sentence: 60 months imprisonment and 3 years supervised release

Type of Supervision: Supervised Release                  Date Supervision Commenced: May 5, 2017
                                                         Expiration Date: May 4, 2020

Assistant U.S. Attorney: Stephen R Casey                 Defense Attorney: Carter Law

### PETITIONING THE COURT

To amend the third amended petition to include additional information. The amended information is in bold print.

Additionally, the following words have been omitted (page 2, paragraph 2), "and shot by Jackson".

The probation officer believes that the offender has violated the following condition of supervision:

**Violation Number**

General Condition: The defendant shall not commit another federal, state, or local crime.

General Condition: The defendant shall not possess a firearm as defined in 18 U.S .C. 92 1.

**Nature of Noncompliance**

On February 7, 2018, Jackson surrendered himself, while accompanied by his attorney to St Louis Metropolitan Police Department. Jackson is currently in custody in regards to 1822-CR00469 for Assault 3rd Degree, Unlawful Possession of a Firearm and Tampering With Physical Evidence in a Felony Prosecution. Bond has been set at $30,000 with 10% allowed. The charges of Murder 2nd, Armed Criminal Action, Assault 2nd, Armed Criminal Action, UUW/Shooting a Firearm across a public

PROB 12C (02/17):
Larry Jackson
4:14CR00295-1 RWS

highway and Failure to Report a Shooting received a No True Bill from the St Louis Circuit Court Grand Jury**.**

On February 3, 2018, St. Louis Metropolitan Police Department responded to the "Other Place Bar" at 5084 Martin Luther King in reference to a shooting per report# 18-005382. **The call to police was received on February 2, 2018 at 23:25 at the approximant time of the incident.** Antavion Wilson sustained a gunshot wound to his chest. Detra Green sustained gunshot wounds to her upper arm, she was listed in critical, stable condition at the Hospital. Both victims were conveyed to Barnes Jewish Hospital and admitted in critical condition. Wilson succumbed to his injuries and was pronounced deceased at 2:04 am on February 3, 2018.

Information from the scene indicated Larry Jackson, the subject of this report, exchanged gunshots with victim Wilson. Victim Green was caught in the cross fire and shot by Jackson. Jackson punched victim Green in the face, knocking her to the ground. Jackson proceeded to kick and stomp victim Green several times as she lay on the ground.

Per communication with the St Louis Metropolitan Police Department, a black semi-automatic 9mm Canik handgun with an extended magazine was located in the street where Wilson took cover. The "Other Place Bar" was locked and secured when the officers returned to complete interviews. A search warrant was obtained for the "Other Place Bar" and physical evidence was collected including the surveillance system, which included cameras located inside the door and the exterior of the building.

**Violation Number**

Standard Condition # 2: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

**Nature of Noncompliance**

Jackson has been directed to submit a truthful and written report to the U.S. Probation by the 5th of each month. As of February 6, 2018, no written monthly report has been received for January 2018.

**Previous Violations**

None

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that Jackson's term of supervision be revoked. Jackson is currently in custody on Assault 3rd Degree, Unlawful Possession of a Firearm and Tampering With Physical Evidence in a Felony Prosecution. Bond has been set at $30,000 with 10% allowed. The police department reports there is video documentation of Jackson committing the assault on Green. Additionally, there are witnesses, which indicate Jackson was in possession of a firearm and shooting at Wilson and Green. The charges of Murder 2nd, Armed Criminal Action, Assault 2nd, Armed Criminal Action, UUW/Shooting a Firearm across a public highway and Failure to Report a Shooting received a

2

PROB 12C (02/17)
Larry Jackson
4:14CR00295-1 RWS

No True Bill from the St Louis Circuit Court Grand Jury. Due to Jackson's violent behavior he is a danger to the community and is no longer appropriate for community supervision.

The term of supervised release should be
    [X] revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2018

Approved,

by _Thomas J. Bauer_

Thomas J Bauer
Supervisory U.S. Probation Officer
Date: May 22, 2018

Respectfully submitted,

by _Maria Duffy_

Maria Duffy
U.S. Probation Officer
Date: May 22, 2018

---

THE COURT ORDERS:

☐    No Action
☒    **Other: Amend petition to reflect additional information and omission.**

_Signature_
Signature of Judicial Officer

May 22, 2018
Date